## CLARK v. WELTON.

Tenancy by the curtesy a good title to maintain trespass.

ACTION of trespass committed on land. Plea — Not guilty. Issue to the court. The plaintiff had no title but as tenant by the curtesy; and the only question was, Whether there exists in this state such a tenure or title to real estate, as a tenancy by the curtesy. This title has been so long recognized in this state, and sanctioned by so many decisions, that there remains not a doubt upon the subject.

Judgment — That the defendant is guilty.